**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00242-CV

### IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

### No. 05-21-00360-CV

### MOLLY WILKERSON, Appellant

### V.

### MARK MALDONADO, Appellee

### No. 05-21-00373-CV

### IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50788-2021**

### ORDER

Before the Court is the February 17, 2022 request of Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, for an extension of

time to file the reporter's record.  We **GRANT** the request and extend the time to

**March 21, 2022**.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE